### Tommie Earl VANCE v. STATE.
### No. 25950.

Court of Criminal Appeals of Texas.
June 25, 1952.

No attorney for appellant of record on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

The offense is assault by a motor vehicle; the punishment, 30 days in jail and a $100 fine.

Accompanying the record is an affidavit in proper form, executed by appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.

Opinion approved by the Court.